IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL COMBS, ET UX., | |
|     Plaintiffs, | **04cv1599 LEAD** |
| v. | Consolidated for purpose of pretrial Proceedings with 04-1670, 04-1932, 04-1936, 05-70(E), 05-203(J) |
| HOMER CENTER SCHOOL DISTRICT, ET AL., | |
|     Defendants. | **ELECTRONICALLY FILED** |

_____

DR. THOMAS PREVISH AND
TIMARI PREVISH,
    Plaintiff,                                        04cv1670
    v.

NORWIN SCHOOL DISTRICT, ET AL.,
    Defendants.

_____

DR. MARK NEWBORN, ET AL.,
    Plaintiffs,                                       04cv1932
    v.

FRANKLIN REGIONAL SCHOOL
DISTRICT, ET AL.,
    Defendants.

_____

MR. THOMAS HANKIN, ET AL.,
    Plaintiffs,                                       04cv1936
    v.

BRISTOL TOWNSHIP SCHOOL DISTRICT, ET AL.,
    Defendants.

_____

MR. DOUGLAS NELSON and
MRS. SHARI NELSON,
    Plaintiffs,                                       05cv0070 (Erie)
v.

TITUSVILLE AREA SCHOOL
DISTRICT,
and John D. Reagle in his official
capacity as Acting Superintendent of
Titusville Area School District,
        Defendant.

_____

REV. STEVEN WEBER AND
MRS. MEG WEBER,
        Plaintiffs,                          05cv203 (J)
v.

DUBOIS AREA SCHOOL DISTRICT, ET AL.,
        Defendants.

_____

## THIRD CASE MANAGEMENT ORDER (TRACK I)

**AND NOW**, this 11th day of August, 2005, after consideration of Defendants' Consent Motion to for Extension of Time to Complete Discovery (document no. 78), said Motion is ***GRANTED*** as follows:

(1)    The parties shall complete fact discovery by ***November 9, 2005.*** All interrogatories, depositions, requests of admissions, and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

(2)    **EXPERT REPORTS AND DISCOVERY:**

    (a)    Plaintiff's expert reports shall be filed by ***December 12, 2005.***

    (b)    Defendants' expert reports shall be filed by ***January 12, 2006***.

    (c)    All expert depositions shall be completed by ***February 3, 2006.***

(3)   Responses to motions to compel are due within 10 calendar days of the filing of the motion.

(4)   The parties shall comply with Local Rule 56.1 with respect to making a motion for summary judgment and the filing of a response to the motion. The movant shall file a motion for summary judgment in accordance with the requirements of Local Rule 56.1B on or before *February 17, 2006.* The opposing party shall file its opposition in accordance with the requirements of Local Rule 56.1C on or before *March 17, 2006.* On the same date of the filing of said opposition, the movant shall file a joint concise statement of material facts which combines the movant's concise statement of material facts with the responsive concise statement, e.g., the movant shall combine its separately numbered paragraph (1) with the response to that same numbered paragraph in a revised separately numbered paragraph (1). The joint concise statement shall be prepared so that each response immediately follows the movant's fact to which it responds, and is readily identifiable as a response and not part of the movant's submission. The opposing party shall cooperate with the movant in preparing the joint concise statement of material facts. Briefs supporting or opposing summary judgment motions shall not exceed 15 pages, excluding tables of authorities. Reply and surreply briefs shall not be filed unless approved/requested by the Court.

FURTHERMORE, the Court will issue a third pretrial order, setting forth appropriate pretrial and trial dates, after ruling on the above referenced summary judgment motions.

Therefore, the dates set for the pretrial conference and trial (March 30, 2006 and April 3, 2006 respectively) are hereby **CANCELLED**.

                                              s/Arthur J. Schwab
                                              Arthur J. Schwab
                                              United States District Judge

cc:     All counsel of record as listed below

Richard Winkler, Esquire
Butcher & Winkler
123 North Franklin Street
Titusville, PA 16354

James R. Mason, Esquire
Michael P. Farris, Esquire
Darren A. Jones, Esquire
Home School Legal Defense Association
One Henry Circle
Purcellville, VA 20132


Carl P. Beard, Esquire
Andrews & Beard
3366 Lynnwood Drive
Altoona, PA 16603-1311

Carl N. Moore, Esquire
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461

Gregory C. Melucci, Esquire
Michael L. Brungo, Esquire
Maiello, Brungo & Maiello
3301 McGrady Road
One Churchill Park
Pittsburgh, PA 15235

Christina L. Lane, Esquire
Andrews & Price
1500 Ardmore Boulevard, Suite 506
Pittsburgh, PA 15221

Michael I. Levin, Esquire
Paul N. Lalley, Esquire
Levin Legal Group
1800 Byberry Road
1301 Mastons Mill Business Park
Huntingdon Valley, PA 19006

Edward Ferraro, Esquire
Ferraro Kruk & Ferraro
690 Main Street
Brockway, PA 15824

Lawrence White, Esquire
Virginia L. Montgomery, Esquire
Pennsylvania Department of Education
333 Market Street, 9th Floor
Harrisburg, PA  17126-0333