## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MR. DARRELL COMBS, and<br>MRS. KATHLEEN COMBS,<br>      Plaintiffs,<br>   v.<br><br>HOMER CENTER SCHOOL DISTRICT, and<br>JOSEPH F. MARCOLINE, in his official capacity as<br>Superintendent of Homer-City School District,<br>      Defendants. | **04cv1599 LEAD**<br>Consolidated for Purpose of Pretrial Proceedings with 04-1670, 04-1932, 04-1936, 05-70(E), 05-203(J)<br><br>**ELECTRONICALLY FILED** |
| DR. THOMAS PREVISH AND<br>TIMARI PREVISH,<br>      Plaintiff,<br>   v.<br><br>NORWIN SCHOOL DISTRICT, and<br>RICHARD WATSON, in his official capacity as<br>Superintendent of Norwin School District,<br>      Defendants. | 04cv1670 |
| DR. MARK NEWBORN, and<br>MRS. MARY ALICE NEWBORN,<br>      Plaintiffs,<br>   v.<br>FRANKLIN REGIONAL SCHOOL<br>DISTRICT, and<br>STEPHEN VAK, in his official capacity as<br>Superintendent of Franklin Regional School District,<br>      Defendants. | 04cv1932 |
| MR. THOMAS HANKIN, and<br>MRS. BABETTE HANKIN,<br>      Plaintiffs,<br>   v.<br><br>BRISTOL TOWNSHIP SCHOOL DISTRICT, and<br>REGINA CESARIO, in her official capacity as<br>Superintendent of Bristol Township School District,<br>      Defendants. | 04cv1936 |

MR. DOUGLAS NELSON and
MRS. SHARI NELSON,
       Plaintiffs,                              05cv0070 (Erie)

v.

TITUSVILLE AREA SCHOOL DISTRICT, and
JOHN D. REAGLE, in his official capacity as
Acting Superintendent of Titusville Area School District,
       Defendant.

_____

REV. STEVEN WEBER AND
MRS. MEG WEBER,
       Plaintiffs,                                05cv203 (Johnstown)

v.

DUBOIS AREA SCHOOL DISTRICT, and
SHARON KIRK, in her official capacity as
Superintendent of Dubois Area School District,
       Defendants.

## ORDER OF COURT

**AND NOW, this 25th day of May, 2006**, for the reasons stated in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment (Document No. 100 at Civil No. 04-1599) is **HEREBY GRANTED**, and summary judgment is entered in favor of Defendants and against Plaintiffs.

The Clerk of Court shall mark this **case closed**.

                                                        s/ Arthur J. Schwab
                                                        Arthur J. Schwab
                                                        United States District Judge

cc: All Counsel of Record