# NOTICE OF APPEAL

## U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA

CIRCUIT COURT
DOCKET NO. _____

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

| | |
|---|---|
| Mr. Douglas Nelson and Mrs. Shari Nelson v. Titusville Area School District and John D. Reagle in his official capacity as Acting Superintendent of Titusville Area School District | District Court No. 1:05-cv-70<br><br>District Court Judge Arthur J. Schwab |

    Notice is hereby given that Douglas and Shari Nelson appeal to the United States Court of Appeals from final judgment entered in this action on May 25, 2006.

Dated: June 16, 2006


  /s James R. Mason, III_____
Counsel for Appellant

Michael P. Farris
James R. Mason, III
Darren A. Jones
Home School Legal Defense Association
P.O. Box 3000
Purcellville, VA 20134
(540) 338-5600
Fax: (540) 338-1952

Counsel for Appellee

Patricia K. Smith
*Knox, McLaughlin, Gornall & Sennett, P.C.*
120 West 10th St.
Erie, PA  16501
O: (814) 459-2800
F: (814) 453-4530

## CERTIFICATE OF SERVICE

I, Darren A. Jones, counsel for the Plaintiffs, do hereby certify that the foregoing **Notices of Appeal** were served upon the following counsel of record for the Defendants by first class mail, on the 15th day of June, 2006:

| | |
|---|---|
| Patrick Fanelli, Esq.<br>*Andrews & Beard*<br>3366 Lynnwood Dr.<br>P.O. Box 1311<br>Altoona, PA  16603-1311 | Paul N. Lalley, Esq.<br>*Levin Legal Group*<br>1301 Masons Mill Business Bank<br>1800 Byberry Rd.<br>Huntingdon Valley, PA  19006 |
| Patricia K. Smith<br>*Knox, McLaughlin, Gornall & Sennett, P.C.*<br>120 West 10th St.<br>Erie, PA  16501 | Christina Lane<br>*Andrews & Price*<br>1500 Ardmore Blvd.<br>Pittsburgh, PA  15221 |
| Greg Mellucci<br>*Maiello, Brungo, & Maiello, LLP*<br>One Churchill Park<br>3301 McCrady Rd.<br>Pittsburgh, PA  15235-5137 | Virginia Montgomery, Esq.<br>*Pennsylvania Department of Education*<br>Legal Department<br>333 Market Street<br>Harrisburg, PA  17126 |

  /s Darren A. Jones_____
Darren A. Jones
Home School Legal Defense Association
P.O. Box 3000
Purcellville, VA 20134
(540) 338-5600
Fax:  (540) 338-1952