```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

     # 06004496 - ET   ET
        June 16, 2006

   Code    Case #    Qty      Amount

   APPEAL D 05-70e    1 @  455.00
                            455.00 CH

   TOTAL →             455.00


   FROM: HOME SCHOOL LEGAL DEFENSE
         PO BOX 3000
         PURCELLVILLE, VA 20134
```