UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

Nos. 06-3090, 06-3091,
06-3092, 06-3093, 06-3094, 06-3095

———————

MR. DARRELL COMBS; MRS. KATHLEEN COMBS
Appellants at No. 06-3090

v.

HOMER-CENTER SCHOOL DISTRICT;
JOSEPH F. MARCOLINE, in his official capacity as
Superintendent of Homer-Center School District;
TITUSVILLE AREA SCHOOL DISTRICT;
BRISTOL TOWNSHIP SCHOOL DISTRICT;
FRANKLIN REGIONAL SCHOOL DISTRICT
(D.C. Civil Action No. 04-cv-1599)

DR. THOMAS PREVISH; TIMARI PREVISH
Appellants at No. 06-3091

v.

NORWIN SCHOOL DISTRICT;
RICHARD WATSON, in his official capacity as
Superintendent of Norwin School District
(D.C. Civil Action No. 04-cv-1670)

DR. MARK NEWBORN; MRS. MARYALICE NEWBORN
Appellants at No. 06-3092

v.

FRANKLIN REGIONAL SCHOOL DISTRICT;
STEPHEN VAK, in his official capacity as
Superintendent of Franklin Regional School District
(D.C. Civil Action 04-cv-1932)

MR. THOMAS HANKIN; MRS. BABETTE HANKIN
Appellants at No. 06-3093

v.

BRISTOL TOWNSHIP SCHOOL DISTRICT;
REGINA CESARIO, in her official capacity as
Superintendent of Bristol Township School District
(D.C. Civil Action 04-cv-1936)

MR. DOUGLAS NELSON; MRS. SHARI NELSON
Appellants at No. 06-3094

v.

TITUSVILLE AREA SCHOOL DISTRICT;
JOHN D. REAGLE, in his official capacity as
Acting Superintendent of Titusville Area School District
(D.C. Civil Action 05-cv-0070)

REV. STEVEN WEBER; MRS. MEG WEBER
Appellants at No. 06-3095

v.

DuBOIS AREA SCHOOL DISTRICT;
SHARON KIRK, in her official capacity as
Superintendent of DuBois Area School District
(D.C. Civil Action 05-cv-0203)

On Appeal from the United States District Court
for the Western District of Pennsylvania
(Honorable Arthur J. Schwab)

Argued November 6, 2007

2

Before:  SCIRICA, *Chief Judge*, AMBRO and JORDAN, *Circuit Judges*.

## JUDGMENT

This cause came to be heard on the record from the United States District Court for

the Western District of Pennsylvania and was argued by counsel on November 6, 2007.

On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court

entered May 25, 2006, be, and the same is hereby affirmed in part, vacated in part and the

case remanded for proceedings consistent with this opinion. Each party to bear their own

costs. All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron
Clerk

DATED: August 21, 2008

Certified as a true copy and issued in lieu
of a formal mandate on _____09/12/2008_____

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**

3